## Balston ag$^t$ Atwater

Jonathan Balston Senio$^r$ plaint. ag$^t$ Joshua Atwater sen$^r$ Defendant in an action of the case for nonpaiment of thirty pounds one Shilling & nine pence in mony due for three hogs h$^{ds}$ of Sugar sold the s$^d$ Atwater in the yeare. 1671. & all due damages according to attachm$^t$ Dat. aprill 22$^o$ 1675 . . . the Jury . . . founde for the plaint. thirty pounds one Shilling & nine pence in mony damage & costs of Court. the Defend$^t$ appealed from this judgem$^t$ unto the next Court of Assistants & himselfe principall in £60. Benj$^n$ Gibbs & Jeremia Dummer Sureties in £30. apeice acknowledged themselves respectiuely bound to . . . prosecute his appeale . . .

[Atwater's Reasons of Appeal (S. F. 1411.2) offer little of interest, and he withdrew the action when the appeal went before the Court of Assistants (Records, i. 44); but the following document (S. F. 1411.3) seems worth preserving, if only for its spelling:

To the Honered Corte of Assist$^s$ Sitting in Boston sept: [75]
. Johnathun Bolstons his Answer to M$^r$ Joshoway Atwaters Reasons of Appeale

[*Torn*] whare the nou plantiue Sayth that the then plantiue [*torn*] no Just Ground of Axtion: the then plantiue did euedent Ley ma[ke re]por to the Corte and Juery that he had Just Grounds of Axtion and dusnot question but this Honered Cort and Jurey will find the same: if th[ey] du but sere[yo]sley Considur the then plantiues Acompt and oth which the nou plantiue Cols a Contridixion: for the a Compt y$^e$ then plantiue gaue in wos tru: for In his forst A compt he did omit the shuger be Cos: he: Rekine[d] he had bin payd forit but after wards M$^r$ Atwater Recouers that mon[i] which the nou defendant had Reseued for the shuger: sothat thou y$^e$ nou defendant had no grounds of Axtion be fore M$^r$ Atwater had [*torn*]d his moni bak again: y$^t$ nou he hath Just Grounds: for noue [*torn*] not payd for his shuger nor: nauer shud if he had not sued for it [*torn*] I hope thare is no man but will say that it is Reson that if M$^r$ Atwater Hes his moni bak a gain which moni he payd for the shuger, but that I shud be payd sum way for my shuger: if y$^u$ mind his a Compt you will find that he Charges all the moni that Eauer the nou defend$^{nt}$ Had of Him but y$^u$ will not find a word of the shuger thare soe that I think It would be a hard Case If I must a loue for all the moni I had of him and he haue 3$^{hh}$ of shuger of me and a loue me not on pene as per his a Count will a per. he oned he had the shuger in priuit as is proued:

and All a Long in Cort he oned he had the shuger yet he giues in his A Compt and swares to It: and nauer taks ani notis of the shuger and yet he Cols my a Compt fols: but His not giuein me Credit for the shuger and y$^t$ swares it is a tru a Compt which as I Humbley Con seues maks his A compt and oth to of Litill walle if not all to Gather fols: be sids all this M$^r$ Atwoter and my selfe wonc Came to a rekening quickley after this shuger wos dele[uer]d and then we set this moni which M$^r$ Atwotter hes senc Recouered bak of for the shuger and thar for when we Rekined we brot nither to a Compt and them he oned he oued me 11$^{li}$ odmoni as will aper by my Accompt: and I wonder that M$^r$ Atwoter shud when we Rekined [*worn*] be willing that this moni shud go for the shuger and [after] wards su for it a gaine and nou is not willing to a loue me anithing for it but I hope the Cort and Jurey dus Ritley undestand the Case as the former Cort did thar for I shall say no more but subscribe myselfe as I [am] y$^r$ honers Humbill Saruant

Jonath[an] B[als]ton ]